UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Glen Farleigh                              :         Case # 09-52504
       Robin Farleigh
                                                          :         Chapter 13

                                                          :         Judge Preston

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: 6/12/14                              /s/ Frank M. Pees
                                        Frank M. Pees
                                        Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Mr. & Mrs. Glen Farleigh<br>508 Johnson Rd.<br>Chillicothe, OH 45601 | $131.54 |